UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| HENRY BROWN | NO.: 16-00047-BAJ-RLB |

### ORDER

On November 21, 2016, the Court scheduled an evidentiary hearing to resolve any possible conflicts of interest that might preclude counsel for Defendant from continuing to represent Defendant in the instant matter. (*See* Doc. 38). On November 28, 2016, the Court granted a motion to continue the evidentiary hearing to Wednesday, December 14, 2016, having found that such a continuance would not violate the statutory requirements of the Speedy Trial Act. (*See* Doc. 42). Due to an unresolvable scheduling conflict, the Court must continue the evidentiary to Tuesday, December 20, 2016, at 9 a.m. in Courtroom 2, Russell B. Long Federal Building & United States Courthouse. Currently, Defendant's Motion to Suppress Evidence and Statements (Doc. 18) is pending before the Court, and therefore this time is excluded for purposes of the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D). A continuance of this hearing thus does not require a further exclusion for purposes of the Speedy Trial Act.

Accordingly,

**IT IS ORDERED** that the evidentiary hearing to resolve any possible conflicts of interest that might preclude counsel for Defendant from continuing to represent Defendant in the instant matter, scheduled for Wednesday, December 14, 2016, is **CONTINUED** and **RESET** for <u>**Tuesday, December 20, 2016, at 9:00 a.m.**</u> in Courtroom 2, Russell B. Long Federal Building & United States Courthouse.

**IT IS FURTHER ORDERED** that **Federal Public Defender for the Middle District of Louisiana**, Rebecca Hudsmith, **SHALL SUBMIT A MEMORANDUM** addressing whether counsel for Defendant should be permitted to continue to represent Defendant in this matter.

Baton Rouge, Louisiana, this 13th day of December, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA