UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA            CRIMINAL ACTION

VERSUS

HENRY BROWN            NO.: 16-00047-BAJ-RLB

ORDER

Before the Court is the **United States' Motion to Reopen and Reconsider the Court's Ruling on Defendant's Motion to Suppress (Doc. 50)**. The United States of America ("Government") seeks the Court's reconsideration of its previous Ruling and Order (Doc. 48), which granted Defendant's Motion to Suppress Evidence and Statements (Doc. 18). Defendant filed a memorandum in opposition to the Motion, (see Doc. 57), and the Government filed a reply memorandum in support of the Motion, (see Doc. 61).

"[T]he decision to reconsider the [M]otion [is] in the . . . [C]ourt's discretion"; there is no statutory right to reconsideration of a motion in a criminal matter. *United States v. Scott*, 524 F.2d 465, 467 (5th Cir. 1975). Having determined that there are no errors in the Court's factual findings or legal conclusions,[1] the Court finds that no cause exists to reconsider its Ruling and Order (Doc. 48).

---

The Court found in its previous Ruling and Order that Sergeant James Cooper ("Sergeant Cooper") "made four knowing omissions in the affidavit . . . , the collective effect of which misrepresented to the magistrate the 'course of the investigation' leading to the unlawful search," (Doc. 47 at p. 33 (quoting *United States v. Massi*, 761 F.3d 512, 531 (5th Cir. 2014))), and that he "falsely claimed" in the affidavit that equipment designed to grow marijuana had been found throughout the house, (*id.* at p. 35). The Court notes – for purposes of clarity – that it did *not* attach a *motive*, nefarious or otherwise, to Sergeant Cooper's act of omitting certain facts and misrepresenting others, nor did the Court find that Sergeant Cooper engaged in *overt* deception; it is *possible* that these omissions and misrepresentations – though knowing – were the result of Sergeant Cooper's manifest lack of

Accordingly,

IT IS ORDERED that the United States' Motion to Reopen and Reconsider the Court's Ruling on Defendant's Motion to Suppress (Doc. 50) is DENIED.

Baton Rouge, Louisiana, this 18th day of May, 2017.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

appreciation of the importance of certain details, as well as gross miscommunication. (*See id.* at pp. 33-37).